United States Bankruptcy Court
Middle District of Florida

In re:  
Lorraine M Rambo  
    Debtor

Case No. 17-04819-ABB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113A-6    User: chapdkt    Page 1 of 1    Date Rcvd: Aug 27, 2018  
                       Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.  
27380472      +MTGLQ Investors, LP,   c/o Rushmore Loan Management,   P.O. Box 55004,   Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2018 at the address(es) listed below:
         Elizabeth McCausland    on behalf of Mediator Elizabeth Mccausland liz@lizlawfirm.com, lizmccauslandpa@gmail.com  
         Ella Roberts    on behalf of Creditor    Wells Fargo Bank, N.A bkfl@albertellilaw.com, anhsalaw@infoex.com  
         Laurie K Weatherford    ecfdailysummary@c13orl.com  
         Nicole Mariani Noel    on behalf of Creditor    MTGLQ Investors, LP bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com  
         Robert H. Zipperer    on behalf of Debtor Lorraine M Rambo robertzipperer@bellsouth.net  
         Scott C Lewis    on behalf of Creditor    Wells Fargo Bank, N.A bkfl@albertellilaw.com, anhsalaw@infoex.com  
         United States Trustee - ORL7/13, 7    USTP.Region21.OR.ECF@usdoj.gov  
                                                                                                                     TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Middle District of Florida
Case No. 6:17-bk-04819-ABB
Chapter 13

In re: Debtor(s) (including Name and Address)

Lorraine M Rambo
611 Ball St
New Smyrna Beach FL 32168

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/25/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: MTGLQ Investors, LP, c/o Rushmore Loan Management, P.O. Box 55004, Irvine, CA 92619-2708 | US Bank Trust National Association as Trustee<br>c/o SN Servicing<br>323 5th Street<br>Eureka CA 95501 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/29/18

Sheryl L. Loesch
**CLERK OF THE COURT**