UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:                                                                   Case No:    6:17-bk-04819-ABB

LORRAINE M RAMBO

                                    Debtor    /           Chapter 13

**TRUSTEES CONSENT TO DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN**

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and consents to the entry of an Order granting the Debtor's Motion to Modify Confirmed Plan (Document No. 74).

**Certificate of Service**

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 13th day of March, 2019.

**Debtor** - Lorraine M Rambo , 611 Ball Street, New Smyrna Beach, FL  32168

**Debtor's Attorney -** Robert Zipperer, Law Office Of Robert Zipperer, 224 S Beach St, Ste 202, Daytona Beach, FL  32114

/S/ LAURIE K. WEATHERFORD
Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com